

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Pilar G. Kraman**
P 302.576.3586
pkraman@ycst.com

August 4, 2023

**VIA CM/ECF & HAND DELIVERY**

The Honorable Gregory B. Williams
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    <u>*Astellas Pharma Inc., et al. v. Lupin Ltd., et al*., C.A. No. 23-819-GBW</u>

Dear Judge Williams,

      We write on behalf of Defendants Lupin Ltd., Lupin Pharmaceuticals, Inc., Sandoz Inc., Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited ("Defendants") in response to Plaintiffs' Response to Zydus's Notice of Related Cases (D.I. 8).

      Defendants respectfully disagree with Plaintiffs' purported "determination" that the above-referenced action is not a "related case" within the meaning of D. Del. LR 3.1(b) to C.A. No. 20-1589-JFB-CJB (Consolidated) (the "-1589 Case") or C.A. No. 16-905-JFB-CJB (Consolidated) (the "-905 Case").

      Plaintiffs cannot deflect from their own failure to follow the Local Rules by arguing that Zydus's Notice somehow was improper.  Zydus's Notice was filed less than one week after Plaintiffs filed their Complaint.  Plaintiffs did not serve any party until August 2, 2023 or even provide courtesy copies to known counsel.  Upon realizing that Plaintiffs did not properly identify related cases (inconsistent with its practice in all prior cases involving the same drug products), Zydus promptly submitted its Notice of Related Cases to the Court.  Plaintiffs concede that Defendants were not on notice of their conduct when arguing Defendants should have been surveying "common reporting services, such as DocketNavigator and Courthouse News Service" so that they could have filed a Notice of Related Cases sooner.

      All cases listed in Zydus's Notice of Related Cases (D.I. 7) assert patents listed in the Orange Book for Plaintiffs' Myrbetriq® tablets, which are approved for the treatment of overactive bladder.  Similarly, the related cases all assert infringement claims against Defendants' Abbreviated New Drug Applications ("ANDA") for generic versions of Myrbetriq®.  Indeed, it is

Young Conaway Stargatt & Taylor, LLP
August 4, 2023
Page 2

quite common in this District for new Orange Book patents from distinct patent families to be raised in later suits, which are deemed related to the same transaction, *i.e.* the filing of the ANDA, and often consolidated with earlier actions. In particular, the -1589 Case, which proceeded to trial before Judge Bataillon, involved highly similar subject matter to the above-captioned case. In the -1589 Case, Plaintiffs asserted U.S. Patent No. 10,842,780 ("the '780 Patent"), which claims sustained release formulations of mirabegron and methods of using such formulations for the treatment of overactive bladder. In the above-captioned case, Plaintiffs assert U.S. Patent No. 11,707,451 ("the '451 Patent"), which similarly claims methods of treating overactive bladder with sustained release formulations of mirabegron.

While the '780 Patent and the '451 Patent logically contain different language within their claims, Plaintiffs repeatedly emphasized at trial in the -1589 Case that the dissolution limitation of the '780 Patent was an embodiment of Plaintiffs' solution to the purported food effect problem described in the claims of the '451 patent. *See* -1589 Case, June 9, 2023 Memorandum and Order (D.I. 571) (Accepting Plaintiffs' argument that "[t]he inventive concept of the '780 Patent was discovering the dissolution rate that would address the food effect and achieving it using previously known formulation technology."). Moreover, both the '451 Patent and the '780 Patent name the same seven individuals as inventors. In other words, the -1589 Case and the current action are the definition of "related cases" under Local Rule 3.1(b).

Accordingly, Zydus's Notice of Related Cases properly identified related cases consistent with Local Rule 3.1(b) and practice in this District.

Respectfully submitted,

*/s/ Pilar G. Kraman*

Pilar G. Kraman (No. 5199)

cc: Counsel of Record (by CM/ECF and E-mail)
     Clerk of the Court (by Hand)