

| | | |
|---|---|---|
| | **Daniel M. Silver**<br>Wilmington Office Managing Partner<br>T. 302-984-6331<br>F. 302-691-1260<br>dsilver@mccarter.com | McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br>www.mccarter.com |

September 5, 2023

<u>**VIA CM/ECF**</u>

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:     <u>*Astellas Pharma Inc. v. Lupin Ltd.*, **C.A. No. 23-819-GBW**</u>

Dear Judge Williams,

I write on behalf of Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants Lupin Ltd., Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), Sandoz Inc. ("Sandoz"), Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus") (together, "Defendants" and with Astellas, the "Parties"), pursuant to the Court's August 16, 2023 Oral Order in this case (D.I. 15).

In accordance with the Court's Order, the Parties met and conferred by teleconference on August 31, 2023. The Parties were unable to reach agreement on consent to Magistrate Judge Burke conducting all proceedings in this case.

Counsel are available should the Court have questions or need anything further.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

134512332v.2