IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 1:23-cv-0819-GBW-CJB |

**DECLARATION OF CAROL PITZEL CRUZ IN SUPPORT OF
DEFENDANTS' MOTION TO DETERMINE RELATEDNESS TO
C.A. NO. 20-1589-JFB-CJB AND TRANSFER OF CASE TO JUDGE BATAILLON**

I, Carol Pitzel Cruz, hereby declare as follows:

1. I am an attorney licensed to practice in the States of Washington and California. I am a partner in the law firm of Knobbe, Martens, Olson & Bear LLP. I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion to Determine Relatedness to C.A. No. 20-1589-JFB-CJB and Transfer of Case to Judge Bataillon.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 11,707,451.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 10,842,780.

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from the file history of U.S. Patent No. 11,707,451.

-1-

-2-

6.      Attached as Exhibit 4 is a print out of the electronic Orange Book detailing the patent exclusivity information for Mirabegron (Myrbetriq) obtained from https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=202611&Appl_type=N, last accessed October 25, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2023, in Bellevue, Washington.

/s/   *Carol Pitzel Cruz*
Carol Pitzel Cruz

58462527