

**WILMINGTON**
RODNEY SQUARE
**NEW YORK**
ROCKEFELLER CENTER
**Pilar G. Kraman**
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

December 20, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Astellas Pharma Inc., et al. v. Lupin Ltd., et al.*
      C.A. No. 23-00819-GBW-CJB

Dear Judge Burke:

  The parties in the above-referenced matter write to request the scheduling of a teleconference to resolve discovery disputes that have arisen. The following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 12, 2023.

**For Plaintiffs:**
| | |
|---|---|
| Delaware counsel: | Daniel M. Silver and Alexandra M. Joyce, MCCARTER & ENGLISH, LLP |
| Lead counsel: | Simon Roberts and Jason Leonard, MCDERMOTT WILL & EMERY |

**For Lupin:**
| | |
|---|---|
| Delaware counsel: | Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Lead counsel: | Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP |

**For Sandoz:**
| | |
|---|---|
| Delaware counsel: | Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| Lead counsel: | Rachel P. Waldron and Gregory Goldblatt, RAKOCZY MOLINO MAZZOCHI SIWIK LLP |

**For Zydus:**
| | |
|---|---|
| Delaware counsel: | Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Lead counsel: | David Abramowitz, LOCKE LORD LLP |

The disputes requiring judicial attention are listed below:

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
December 20, 2023
Page 2

1. Defendants' request that the Court enter an order regarding preliminary injunction proceedings.

                              Respectfully submitted,

                              Pilar G. Kraman (No. 5199)

cc:    Clerk of the Court (by hand delivery)
        All Counsel of Record (by CM/ECF)