**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> *Defendants*. | C.A. No.  23-cv-819-GBW |

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT SANDOZ INC.**

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz") (together, "the Parties") have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims, counterclaims, and defenses asserted in the above-captioned case with prejudice;

NOW THEREFORE IT IS HEREBY STIPULATED by the Parties that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, defenses, and demands asserted in the above-captioned case by and between Astellas and Sandoz are hereby dismissed with prejudice; and

2.      Each party will bear its own attorneys' fees and costs.

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Dated:  December 21, 2023

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ *Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

IT IS SO ORDERED this ____ day of _____, 2023.


_____
United States District Judge