IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-GBW-CJB |

**STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION PROCEEDINGS**

WHEREAS, the Court having considered the parties' letters regarding potential preliminary injunction proceedings, and having issued an Oral Order (D.I. 83) regarding the same; and

WHEREAS, the parties having conferred and agreed to submit a proposed schedule for potential preliminary injunction proceedings that is consistent with the Court's Oral Order (D.I. 83), with certain modifications;

IT IS HEREBY ORDERED that the following deadlines shall apply:

| Date | Event |
|---|---|
| January 12, 2024 | Defendants provided notice to Astellas as to whether they will agree to not launch their ANDA products until a final trial decision in the '451 patent litigation |

1

| | |
|---|---|
| January 18, 2024 | Astellas shall elect no more than 3 claims to present during preliminary injunction proceedings |
| January 19, 2024 | Defendants shall elect no more than 3 invalidity defenses (collectively) to present during preliminary injunction proceedings (each combination of prior art under Section 102 or 103 shall count as an individual defense, but grounds for defenses under Section 112 shall not be so limited), selected from the defenses presented by Defendants in their January 5, 2024 invalidity contentions |
| January 26, 2024 | Astellas files any motions for preliminary injunction and supporting declarations, inclusive of addressing invalidity defenses raised by Defendants and objective indicia |
| February 6, 2024 | Deadline for Astellas to provide declarants for deposition |
| February 13, 2024 | Defendants file oppositions to motions for preliminary injunction and supporting declarations |
| February 28, 2024 | Deadline for Defendants to provide declarants for deposition |
| March 6, 2024 | Astellas files any reply briefs, and any motions for leave to submit supplemental declarations (absent agreement of the parties or order of the Court, no reply declarations will be considered) |
| March 12, 2024 | Parties identify witnesses appearing live or by deposition at the hearing and provide order of witnesses |
| 48 hours before hearing | Parties provide any deposition designations to be played at the hearing |
| 24 hours before hearing | Parties provide objections and counter-designations to be played at hearing |

| | |
|---|---|
| 12:00 pm ET, day before the hearing | Parties exchange demonstrative exhibits and exhibit lists for opening statements and witnesses |
| 5:00 pm ET, day before the hearing | Parties exchange any objections to demonstrative and documentary exhibits |
| 7:00 pm ET, day before the hearing | Parties meet and confer to resolve any objections to deposition designations, demonstrative exhibits, and documentary exhibits |
| March 19, 2024 at 9:00 am ET | Preliminary Injunction Hearing |

ME1 47409282v.1

Dated: January 18, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Daniel M. Silver | /s/ John C. Phillips, Jr. |
| Daniel M. Silver (#4758) | John C. Phillips, Jr. (#110) |
| Alexandra M. Joyce (#6423) | Megan C. Haney (#5016) |
| Renaissance Centre | 1200 N. Broom St |
| 405 N. King Street, 8th Floor | Wilmington, DE 19806 |
| Wilmington, Delaware 19801 | (302) 655-4200 |
| (302) 984-6300 | jcp@pmhdelaw.com |
| dsilver@mccarter.com | mch@pmhdelaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Lupin Ltd. and* |
| *Attorneys for Plaintiffs* | *Lupin Pharmaceuticals, Inc.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

Dated: January 19, 2024

_Christopher J. Burke_
Christopher J. Burke
United States Magistrate Judge