# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-819-GBW-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE***

Please withdraw the appearance of Rodney Swartz on behalf of Plaintiffs in the above-captioned actions. These Plaintiffs will continue to be represented by counsel of record from the law firms of McCarter & English, LLP and McDermott Will & Emery LLP.

ME1 47455630v.1

| | |
|---|---|
| Dated:  January 24, 2024 | MCCARTER & ENGLISH, LLP |
| | |
| OF COUNSEL: | /s/ *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Simon D. Roberts | Alexandra M. Joyce (#6423) |
| Jason A. Leonard | Renaissance Centre |
| Vincent Li | 405 N. King Street, 8th Floor |
| Jayita Guhaniyogi | Wilmington, Delaware 19801 |
| Jacob M. Bass | (302) 984-6300 |
| MCDERMOTT WILL & EMERY LLP | dsilver@mccarter.com |
| One Vanderbilt Avenue | ajoyce@mccarter.com |
| New York, NY 10017-3852 | |
| (212) 547-5700 | *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |
| Charlie Seidell | |
| MCDERMOTT WILL & EMERY LLP | |
| The McDermott Building | |
| 500 North Capitol Street, NW | |
| Washington, DC 20001-1531 | |
| (202) 756-8000 | |
| cseidell@mwe.com | |
| | |
| Connor S. Romm | |
| MCDERMOTT WILL & EMERY LLP | |
| 200 Clarendon Street, Floor 58 | |
| Boston, MA 02116-5021 | |
| (617) 535-4000 | |
| cromm@mwe.com | |

ME1 47455630v.1