**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-GBW-CJB |

## ASTELLAS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") respectfully moves for a preliminary injunction preliminarily enjoining each of defendants Lupin Ltd., Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited, their affiliates, subsidiaries, and each of their officers, agents, servants and employees and those acting in privity or in concert with each defendant, from making, using, offering to sell, or selling in the United States, or importing into the United States their mirabegron ANDA products (ANDA Nos. 209485 and 209488 for Lupin and Zydus, respectively) pending a final decision on the merits in this action. The grounds for Astellas' Motion are more fully-stated in the accompanying Opening Brief and supporting materials filed contemporaneously herewith.

Dated:  January 26, 2024

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*

OF COUNSEL:

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
Simon D. Roberts                          405 N. King Street, 8th Floor
Jason A. Leonard                          Wilmington, Delaware 19801
Jayita Guhaniyogi                         (302) 984-6300
Vincent Li                                dsilver@mccarter.com
Jacob Michael Bass                        ajoyce@mccarter.com
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(202) 637-5600                            *Attorneys for Plaintiffs*
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com
jbass@mwe.com