# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 23-819-GBW-CJB |

## **DECLARATION OF VINCENT LI**

## **VOLUME 2 OF 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 23-819-GBW-CJB<br>) |
| v. | )<br>) |
| LUPIN LTD., *et al.*, | )<br>) |
| Defendants. | )<br>) |

**<u>DECLARATION OF VINCENT LI, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>**

I, Vincent Li, Esq. declare as follows:

1. I am an associate at McDermott Will & Emery LLP and counsel of record for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") in the above-captioned matter. I am admitted to practice in the State of New York, and I am admitted to practice before this Court *pro hac vice*. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

2. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 11,707,451 ("'451 Patent") bearing production numbers ASTMIRAB_00000001-0038.

3. Attached as **Exhibit 2** is a true and correct copy of Defendants' Joint Invalidity Contentions, served January 5, 2024 ("Invalidity Contentions").

4. Attached as **Exhibit 3** is a true and correct copy of the Myrbetriq® Label bearing production numbers ASTMIRA_02229532-9567.

5. Attached as **Exhibit 4** is a true and correct copy of Excerpts of "Research Report: Mirabegron and Food Effects" CTD Module 5.3.5.3 ("Myrbetriq® Food Effect Report") bearing production numbers ASTMIRA_00466633-6710.

6. Attached as **Exhibit 5** is a true and correct copy of Sum Lam & Olga Hilas, *Pharmacologic Management of Overactive Bladder*, 2 CLINICAL INTERVENTIONS in Aging 337 (2007) ("Lam 2007") bearing production numbers DEFS-MIRAII-002034-2043.

7. Attached as **Exhibit 6** is a true and correct copy of Chapple, et al., *Dose-Ranging Study of Once-Daily Mirabegron (YM178), A Novel Selective β3-Adrenoceptor Agonist, In Patients with Overactive Blader (OAB)*, 9 EUR. UROL. SUPPL. 249 (2010) ("Chapple 2010") bearing production numbers DEFS-MIRAII-007768-7769.

8. Attached as **Exhibit 7** is a true and correct copy of Christopher R. Chapple et al., Clinical proof of concept study (Blossom) shows novel β3 adrenoceptor agonist YM178 is effective and well tolerated in the treatment of symptoms of overactive bladder, 7 EUR. UROLOGY SUPPLEMENTS 239 (2008) ("Chapple 2008 Abstract") bearing production number DEFS-MIRAII-001350.

9. Attached as **Exhibit 8** is a true and correct copy of Christopher R. Chapple, *The Development of the Oral Controlled Absorption System (OCAS®): A New Improved Formulation of Tamsulosin*, 4 EUR. UROLOGY SUPPLEMENTS 1 (2005) ("Chapple 2005") bearing production number DEFS-MIRAII-000771-0774.

10. Attached as **Exhibit 9** is a true and correct copy of Joseph A. Fix et al., *Controlled-Release Oral Delivery Systems*, in CONTROLLED DRUG DELIVERY 14 (Kinam Park & Randall J. Mrsny eds., 2000) ("Fix 2000") bearing production numbers DEFS-MIRAII-001528-1541.

11. Attached as **Exhibit 10** is a true and correct copy of U.S. Patent Application Publication No. 2006/0115540 A1 ("Takasu '540") bearing production numbers DEFS-MIRAII-000696-0706.

12. Attached as **Exhibit 11** is a true and correct copy of Highlights of Prescribing Information for Lupin's ANDA Product ("Lupin's Label") bearing production numbers LMIR0104151-4182.

13. Attached as **Exhibit 12** is a true and correct copy of Highlights of Prescribing Information for Zydus's ANDA Product ("Zydus's Label") bearing production numbers ZYDMYB0172834-2866.

14. Attached as **Exhibit 13** is a true and correct copy of Excerpts of the U.S. Patent No. 11,707,451 File History ("'451 Patent Prosecution History (Excerpt)") bearing production numbers ASTMIRAB_00000039, ASTMIRAB_00000155, ASTMIRAB_00004523-4530, ASTMIRAB_00004813-4833, ASTMIRAB_00004925-4931, and ASTMIRAB_00004964.

15. Attached as **Exhibit 14** is a true and correct copy of Peter G. Welling, *Effects of Food on Drug Absorption*, 16 ANN. REV. NUTRITION 383 (1996) ("Welling") bearing production numbers DEFS-MIRAII-000937-0969.

16. Attached as **Exhibit 15** is a true and correct copy of FDA Guidance for Industry, Food-Effect Bioavailability and Fed Bioequivalence Studies (December 2002) ("FDA Food Effect Guidance") bearing production numbers DEFS-MIRAII-000861-0872.

17. Attached as **Exhibit 16** is a true and correct copy of Brahma N. Singh, *Effects of Food on Clinical Pharmacokinetics*, 37 CLINICAL PHARMACOKINETICS 213 (1999) ("Singh") bearing production numbers DEFS-MIRAII-000893-0936.

18. Attached as **Exhibit 17** is a true and correct copy of Lupin's Bioequivalence Fasting Study of Mirabegron Extended Release Tablets 25 mg ("Lupin 25 mg Fasted Report") bearing production numbers LMIR0023422-3524.

19. Attached as **Exhibit 18** is a true and correct copy of Lupin's Bioequivalence Fasting Study of Mirabegron Extended Release Tablets 50 mg ("Lupin 50 mg Fasted Report") bearing production numbers LMIR0015344-5448.

20. Attached as **Exhibit 19** is a true and correct copy of Zydus Mirabegron Extended-Release Tablets, 25 mg Fasting Study ("Zydus 25 mg Fasted Report") bearing production numbers ZYDMYB0015269-5352.

21. Attached as **Exhibit 20** is a true and correct copy of Zydus Mirabegron Extended-Release Tablets, 50 mg Fasting Study ("Zydus 50 mg Fasted Report") bearing production numbers ZYDMYB0008868-8946.

22. Attached as **Exhibit 21** is a true and correct copy of FDA's 2013 Draft Guidance on Mirabegron ("Draft Guidance on Mirabegron") bearing production numbers ASTMIRA_02231748-1749.

23. Attached as **Exhibit 22** is a true and correct copy of Lupin's ANDA Approval Letter bearing production numbers LMIR0104966-4972.

24. Attached as **Exhibit 23** is a true and correct copy of Study Synopsis for Astellas Clinical Study 178-CL-001 ("Study 178-CL-001 Synopsis") bearing production numbers ASTMIRA_00086617-6626.

25. Attached as **Exhibit 24** is a true and correct copy of Study Synopsis for Astellas Clinical Study 178-CL-030 ("Study 178-CL-030 Synopsis") bearing production numbers ASTMIRA_00040600-0614.

26. Attached as **Exhibit 25** is a true and correct copy of Zydus's ANDA Approval Letter bearing production numbers ZYDMYB0173723-3728.

27. Attached as **Exhibit 26** is a true and correct copy of NDA CTD Module 3.2.P.5.4 - Drug Product ("NDA 3.2.P.5.4") bearing production numbers ASTMIRA_00009304-9323.

28. Attached as **Exhibit 27** is a true and correct copy of NDA Module 3.2.P.1 Description and Composition of the Drug Product ("NDA 3.2.P.1") bearing production numbers ASTMIRA_00009012-9013.

29. Attached as **Exhibit 28** is a true and correct copy of the P&L Spreadsheet for Myrbetriq ("P&L Spreadsheet").

30. Attached as **Exhibit 29** is a true and correct copy of the Stipulation Narrowing Issues in Dispute between Astellas and Lupin dated February 2, 2023 ("Lupin Stipulation") in *Astellas Pharma, Inc., et al. v. Sandoz, Inc., et al.*, C.A. No. 20-1589 (D. Del.) ("20-1589 Action")

31. Attached as **Exhibit 30** is a true and correct copy of Excerpts of the Legacy Study Report for Astellas Clinical Study 178-CL-001 ("Study 178-CL-001 Report (Excerpt)") bearing production numbers ASTMIRA_00084032-4057, ASTMIRA_00084630, and ASTMIRA__00084634.

32. Attached as **Exhibit 31** is a true and correct copy of USP 1151 (Pharmaceutical Dosage Forms), official as of May 1, 2021 ("USP 1151") bearing production numbers ASTMIRA_02231537-1559.

33. Attached as **Exhibit 32** is a true and correct copy of Astellas NDA 3.2.P.2.2 Pharmaceutical Development: Drug Product ("NDA 3.2.P.2.2 – PDR") bearing production numbers ASTMIRA_00009021-9078.

34. Attached as **Exhibit 33** is a true and correct copy of Astellas NDA Module 2.3.P Drug Product ("NDA 2.3.P - Drug Product") bearing production numbers ASTMIRA_00007094-7184.

35. Attached as **Exhibit 34** is a true and correct copy of the Pretrial Order, Exhibit 1: Statement of Uncontested Facts, dated January 17, 2023 in the 20-1589 Action ("Uncontested Facts").

36. Attached as **Exhibit 35** is a true and correct copy of Astellas NDA 2.7.1 Summary of Biopharmaceutics Studies and Analytical Methods ("NDA 2.7.1 - Summary of Biopharmaceutics Studies and Analytical Methods") bearing production numbers ASTMIRA_00007775-7885.

37. Attached as **Exhibit 36** is a true and correct copy of Study Synopsis for Astellas Clinical Study 178-CL-041 ("Study 178-CL-041 Synopsis") bearing production numbers ASTMIRA_00042426-2440.

38. Attached as **Exhibit 37** is a true and correct copy of Study Synopsis for Astellas Clinical Study 178-CL-076 ("Study 178-CL-076 Synopsis") bearing production numbers ASTMIRA_00049100-9129.

39. Attached as **Exhibit 38** is a true and correct copy of USP 711 (Dissolution), official as of May 1, 2022 ("USP 711") bearing production numbers ASTMIRA_02229415-9431.

40. Attached as **Exhibit 39** is a true and correct copy of Dupont Technical Datasheet titled "Polyox Water-Soluble Resins: Unique Resins for Binding, Lubricity, Adhesion and Emollient Performance," DuPont ©2002 ("Polyox Technical Data Sheet") bearing production numbers ASTMIRA_02229225-9248.

41. Attached as **Exhibit 40** is a true and correct copy of Excerpts of Lupin's ANDA 3.2.P.2 - Pharmaceutical Development ("Lupin's PDR (Excerpt)") bearing production numbers LMIR0001332, LMIR0001354, and LMIR0001465-1466.

42. Attached as **Exhibit 41** is a true and correct copy of Lupin's ANDA 2.3.P - Drug Product ("Lupin's ANDA 2.3.P") bearing production numbers LMIR0000672-0917.

43. Attached as **Exhibit 42** is a true and correct copy of Lupin's ANDA 3.2.P - Drug Product ("Lupin's ANDA 3.2.P") bearing production numbers LMIR0001301-1312.

44. Attached as **Exhibit 43** is a true and correct copy of Zydus's ANDA 3.2.P.1 - Description of the Drug Product ("Zydus's ANDA 3.2.P.1") bearing production numbers ZYDMYB0004615-4625.

45. Attached as **Exhibit 44** is a true and correct copy of Excerpts of Zydus's ANDA 3.2.P.2 Pharmaceutical Development ("Zydus's PDR (Excerpt)") bearing production numbers ZYDMYB0004628 and ZYDMYB0004657.

46. Attached as **Exhibit 45** is a true and correct copy of Anthony DiSanto & Gil Golden, *Effect of Food on Pharmacokinetics of Clozapine Orally Disintegrating Tablet 12.5 mg: A Randomized, Open-label, Crossover Study in Healthy Male Subjects*, Clinical Drug Investigation (2009): 539-49 ("DiSanto").

47. Attached as **Exhibit 46** is a true and correct copy of Leon Shargel, Physiologic Factors Related to Drug Absorption, Applied Biopharmaceutics & Pharmacokinetics (4th ed. 1999) ("Shargel 1999") bearing production numbers ASTMIRA_02235625-5656.

48. Attached as **Exhibit 47** is a true and correct copy of Zydus's ANDA - Bioequivalence Summary Tables ("Zydus Bioequivalence Summary Tables") bearing production numbers ZYDMYB0008746-8802.

49. Attached as **Exhibit 48** is a true and correct copy of E.M. van Gelderen, et al., *An Exploratory Comparison of the Single Dose Pharmacokinetcs of the β3-Adrenoceptor Agonist Mirabegron in Healthy CYP2D6 Poor and Extensive Metabolizers*, 85 Clin. Pharm. & Therapeutics S88 (2009) ("Van Gelderen") bearing production number DEFS-MIRAII-007715.

50. Attached as **Exhibit 49** is a true and correct copy of Prescribing Information for Flomax® (tamsulosin hydrochloride) Capsules, 0.4 mg ("Flomax Label") bearing production numbers DEFS-MIRAII-001564-1583.

51. Attached as **Exhibit 50** is a true and correct copy of the Trial Transcript dated February 6, 2023 ("Trial Transcript Day 1") from the 20-1589 Action.

52. Attached as **Exhibit 51** is a true and correct copy of Lupin's ANDA - 2.7 Clinical Summary ("Lupin Clinical Summary") bearing production numbers LMIR0001195-1282.

53. Attached as **Exhibit 52** is a true and correct copy of Jennifer Calfas, *Drugmakers Raise Prices of Ozempic, Mounjaro and Hundreds of Other Drugs*, WSJ (Jan. 18, 2024) ("Calfas 2024").

54. Attached as **Exhibit 53** is a true and correct copy of Suchita Shah et al., *Navigating the Inflation Reduction Act's Impact on Drug Pricing and Innovation*, Boston Consulting Group (Sept. 14, 2023) ("Shah 2023").

55. Attached as **Exhibit 54** is a true and correct copy of Stephanie Armour, *Something Congress Might Agree On: Tackling Drug Costs*, WSJ (May 8, 2023) ("Armour 2023").

56. Attached as **Exhibit 55** is a true and correct copy of the Stipulation Narrowing Issues in Dispute between Astellas and Zydus dated February 2, 2023 ("Zydus Stipulation") in the 20-1589 Action.

57. Attached as **Exhibit 56** is a true and correct copy of David Fleisher et al., Drug, Meal and Formulation Interactions Influencing Drug Absorption After Oral Administration, 36 CLINICAL PHARMACOKINETICS 233 (1999) ("Fleisher 1999") bearing production numbers DEFS-MIRAII-001542-1563.

58. Attached as **Exhibit 57** is a true and correct copy of Excerpts from the Opening Expert Report of Walter G. Chambliss, Ph.D., dated September 16, 2022 from the 20-1589 Action.

59. Attached as **Exhibit 58** is a true and correct copy of Excerpts from Appendix E, Opening Expert Report of Walter G. Chambliss, Ph.D., dated September 16, 2022 from the 20-1589 Action.

60. Attached as **Exhibit 59** is a true and correct copy of Lupin's ANDA - 5.3 Clinical Study Report ("Lupin Clinical Study Report") bearing production numbers LMIR0031190-1240.

61. Attached as **Exhibit 60** is a true and correct copy of Zydus's ANDA - 2.7 Clinical Summary (Bioequivalence) ("Zydus Clinical Summary") bearing production numbers ZTDMYB0003222-3343.

62. Attached as **Exhibit 61** is a true and correct copy of Klein S., *The Use of Biorelevant Dissolution Media to Forecast the In Vivo Performance of a Drug*, The AAPS Journal, Vol. 12, No. 3, pp. 397-405 (2010) ("Klein").

63. Attached as **Exhibit 62** is a true and correct copy of an Excerpt from Leon Shargel et al., Applied Biopharmaceutics & Pharmacokinetics, Fifth Edition, © 2005 by The McGraw-Hill Companies, Inc., pp. 161-163 ("Shargel 2005").

64. Attached as **Exhibit 63** is a true and correct copy of Lupin's ANDA - 1.13 Annual Report, September 2022-2023 ("Lupin ANDA 2023 Annual Report") bearing production numbers LMIR0105680-5729.

65. Attached as **Exhibit 64** is a true and correct copy Excerpts from the Myrbetriq® Approval Package, Medical Review bearing production numbers ASTMIRA_02207088 and ASTMIRA_02207360-7364.

66. Attached as **Exhibit 65** is a true and correct copy of the Myrbetriq® Approval Package, Labeling Review bearing production numbers ASTMIRA_02207048-7087.

67. Attached as **Exhibit 66** is a true and correct copy of Expert Report of Christopher A. Vellturo, Ph.D., dated February 19, 2019, *Astellas Pharma, Inc., et al. v. Actavis Elizabeth LLC, Inc., et al.*, C.A. No. 16-905 (D. Del.) ("Vellturo Myrbetriq CS Report").

68.  Attached as **Exhibit 67** is a true and correct copy of Expert Report of Christopher A. Vellturo, Ph.D., dated October 18, 2022, 20-1589 Action ("Vellturo Myrbetriq CS Report II").

69.  Attached as **Exhibit 68** is a true and correct copy of MYRBETRIQ® (mirabegron) FY24 US Strategic Brand Plan ("FY24 Myrbetriq Strategic Plan").

70.  Attached as **Exhibit 69** is a true and correct copy of Myrbetriq FY23 US Commercial Brand Strategic Plan, dated November 2022 ("FY23 Myrbetriq Brand Plan").

71.  Attached as **Exhibit 70** is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Lupin (No. 3), dated January 16, 2024 ("Lupin Rogs").

72.  Attached as **Exhibit 71** is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Zydus (No. 3), dated January 16, 2024 ("Zydus Rogs").

73.  Attached as **Exhibit 72** is a true and correct copy of "Myrbetriq" search results, Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, accessed on January 26, 2024, from https://www.accessdata.fda.gov/scripts/cder/ob/search_product.cfm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: January 26, 2024

                                              */s/ Vincent Li, Esq.*
                                                   Vincent Li, Esq.