**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., | ) ) ) ) | Case No. 23-819-GBW-CJB |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| LUPIN LTD., LUPIN PHARMACEUTICALS, INC., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Amended Scheduling Order (D.I. 50, ¶ 14), as further amended by the parties' Stipulation to Extend Time (D.I. 96), SO ORDERED by the Court on January 23, 2024, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus") (all Defendants collectively, "Defendants") submit the attached Joint Claim Construction Chart containing claim terms and phrases for the Court's construction from U.S. Patent No. 11,707,451 (the "'451 Patent").

**I.     Agreed Terms**

None.

## II.      Disputed Terms

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence[1] |
|---|---|---|---|---|---|
| 1. | "[a] method for treating overactive bladder such that the treating is with a reduced food effect" | Plain and ordinary meaning: a method for treating overactive bladder without clinical impact by food. | '451 Patent<br>- Col 1, lines 44-62<br>- Col. 2, lines 36-42<br>- Col. 2, lines 53-57<br>- Col. 8, line 65 to Col. 9, line 3<br>- Col. 43, line 54 to Col. 44, line 4<br>- Col. 44, lines 6-46<br>- FIG. 11<br><br>'451 Patent Prosecution History:<br>- Sept. 28, 2022 Applicant Response (ASTMIRAB_00004523-ASTMIRAB_00004530) at ASTMIRAB_00004527, ASTMIRAB_00004530<br>- Information Disclosure Statement by Applicant signed by Examiner on Jan. 11, 2023 (ASTMIRAB_00004693- | "treating is with a reduced food effect": Indefinite<br><br>"[a] method for treating overactive bladder": plain and ordinary meaning | 2:66-5:5; 7:57-67; 8:1-39; 44:6-46. |

---

[1] Defendants reserve the right to rely on intrinsic evidence identified by Plaintiffs.

| Term No. | Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence[1] |
|---|---|---|---|---|---|
| | | | ASTMIRAB_00004698) at ASTMIRAB_00004694 | | |
| 2. | "continuous drug release for at least 4 hours after oral administration" | Plain and ordinary meaning: continuous drug release for at least 4 hours *in vivo* after oral administration. | '451 Patent<br>- Col. 2, lines 43-52<br>- Col. 7, lines 11-19<br>- Col. 44, lines 6-46<br>- Col. 44, line 64 to Col. 45, line 5<br>- FIG. 12<br>- FIG. 13 | Indefinite<br><br>Alternatively, "continuous drug release for at least 4 hours *in vivo* after oral administration" | 2:43-52. |
| 3. | "wherein the reduced food effect is compared to that after oral administration of an immediate release formulation comprising [mirabegron]" | Plain and ordinary meaning: wherein the food effect observed after oral administration for the sustained release formulation of mirabegron is compared to the food effect observed after oral administration of an immediate release formulation of mirabegron. | '451 Patent<br>- Col. 1, lines 18-22<br>- Col 1, lines 44-62<br>- Col. 2, lines 36-42<br>- Col. 2, lines 53-57<br>- Col. 2, line 66 to Col. 3, line 9<br>- Col. 6, lines 44-46<br>- Col. 7, lines 11-19<br>- Col. 34, line 28 to Col. 35, line 45<br>- Col. 41, lines 24-45<br>- Col. 43, line 54 to Col. 44, line 4<br>- Col. 44, lines 6-46<br>- FIG. 1<br>- FIG. 11<br>- FIG. 12<br>- FIG. 13 | "reduced food effect": Indefinite<br><br>"immediate release formulation": Indefinite | 2:66-5:5; 7:57-67; 8:1-39; 44:6-46.<br><br>7:25-49;<br>'451 patent prosecution history<br>-April 17, 2023 Applicant Remarks (ASTMIRAB_00004813-ASTMIRAB_00004833) at ASTMIRAB_00004818. |

Dated:  January 31, 2024

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Of Counsel:

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
Jacob Michael Bass
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(202) 637-5600
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com
jbass@mwe.com

Attorneys for Plaintiffs Astellas Pharma Inc.,
Astellas Ireland Co., Ltd., and Astellas
Pharma Global Development, Inc.

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St., Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Of Counsel:

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.

ME1 47515904v.1

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Of Counsel:*

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc.
and Zydus Lifesciences Limited*

4