IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | Case No. 23-819-GBW-CJB |

**JOINT APPENDIX OF EXHIBITS TO JOINT CLAIM CONSTRUCTION CHART**

| Joint App'x Exhibit A | U.S. Patent No. 11,707,451 |
|---|---|
| Joint App'x Exhibit B | '451 Patent Prosecution History Excerpt, Sept. 28, 2022 Applicant Response (ASTMIRAB_00004523-ASTMIRAB_00004530) |
| Joint App'x Exhibit C | '451 Patent Prosecution History Excerpt, Information Disclosure Statement by Applicant signed by Examiner on Jan. 11, 2023 (ASTMIRAB_00004693-ASTMIRAB_00004698) |
| Joint App'x Exhibit D | '451 Patent Prosecution History Excerpt, April 17, 2023 Applicant Remarks (ASTMIRAB_00004813-ASTMIRAB_00004833) |

Dated:  January 31, 2024

| MCCARTER & ENGLISH, LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Daniel M. Silver* | */s/ John C. Phillips, Jr.* |
| Daniel M. Silver (#4758) | John C. Phillips, Jr. (#110) |
| Alexandra M. Joyce (#6423) | Megan C. Haney (#5016) |
| Renaissance Centre | 1200 N. Broom St., Wilmington, DE 19806 |
| 405 N. King Street, 8th Floor | (302) 655-4200 |
| Wilmington, Delaware 19801 | jcp@pmhdelaw.com |
| (302) 984-6300 | mch@pmhdelaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Of Counsel:* |
| *Of Counsel:* | William R. Zimmerman |
| | Andrea Cheek |
| Simon D. Roberts | Matthew S. Friedrichs |
| Jason A. Leonard | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Jayita Guhaniyogi | 1717 Pennsylvania Ave. N.W., Ste. 900 |
| Vincent Li | Washington D.C. 20006 |
| Jacob Michael Bass | Tel: (202) 640-6400 |
| MCDERMOTT WILL & EMERY | Fax: (202) 640-6401 |
| One Vanderbilt Avenue | Bill.Zimmerman@knobbe.com |
| New York, NY 10017-3852 | Andrea.Cheek@knobbe.com |
| (202) 637-5600 | Matthew.friedrichs@knobbe.com |
| simonroberts@mwe.com | |
| jleonard@mwe.com | Carol Pitzel Cruz |
| jguhaniyogi@mwe.com | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| vli@mwe.com | 925 Fourth Avenue, Suite 2500 |
| jbass@mwe.com | Seattle, WA 98104 |
| | Tel: (206) 405-2000 |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | Fax: (206) 405-2001 |
| | Carol.Pitzel.Cruz@knobbe.com |
| | *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

2

        YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*

Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Of Counsel:*

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*