# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| LUPIN LTD. et al., | )  C.A. No. 23-819-GBW-CJB |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' DEPOSITION NOTICE OF DR. STEVEN R. LITTLE**

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Limited, Lupin Ltd., and Lupin Pharmaceuticals, Inc. will take the deposition upon oral examination of Dr. Steven R. Little. The deposition will begin at 9:00 a.m. ET on Thursday, February 8, 2024, or at such a date and time to be agreed upon by the parties. The deposition will take place via remote means, or at such location to be agreed to by the parties. Testimony shall be recorded by stenographic, audio, and/or videographic means before an officer appointed or designated under Rule 28 to administer oaths, and shall continue until its completion as permitted pursuant to Rule 30(d)(1).

Date: February 1, 2024

| | |
|---|---|
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John C. Phillips, Jr. | /s/ Alexis N. Stombaugh |
| John C. Phillips, Jr. (No. 110) | Pilar G. Kraman (No. 5199) |
| Megan C. Haney (No. 5016) | Alexis N. Stombaugh (No. 6702) |
| 1200 N. Broom St | Rodney Square |
| Wilmington, DE 19806 | 1000 North King Street |
| (302) 655-4200 | Wilmington, DE 19801 |
| jcp@pmhdelaw.com | (302) 571-6600 |
| mch@pmhdelaw.com | pkraman@ycst.com |
| | astombaugh@ycst.com |

PHILLIPS, MCLAUGHLIN & HALL, P.A. side:

Of Counsel:

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

YOUNG CONAWAY side:

*Of Counsel*

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs* | Simon D. Roberts<br>Jason A. Leonard<br>Vincent Li<br>Jayita Guhaniyogi<br>Jason M. Bass<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>simonroberts@mwe.com<br>jleonard@mwe.com<br>jguhaniyogi@mwe.com<br>jbass@mwe.com |

Dated:  February 1, 2024

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*