IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br> Defendants. | C.A. No. 23-819-GBW-CJB |

**PLAINTIFFS' NOTICE OF DEPOSITION OF DR. JOHN V. KASPAR**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") will take a deposition upon oral examination of Dr. John V. Kaspar. The deposition will be taken remotely, on February 23, 2024 beginning at 9:00 a.m. ET, with adjournments as may be necessary. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by videoconference.

You are invited to attend and cross-examine.

2

| | |
|---|---|
| Dated: February 14, 2024 | MCCARTER & ENGLISH, LLP |
| | /s/ Alexandra M. Joyce |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Simon D. Roberts | Renaissance Centre |
| Jason A. Leonard | 405 N. King Street, 8th Floor |
| Jayita Guhaniyogi | Wilmington, Delaware 19801 |
| Vincent Li | (302) 984-6300 |
| Jacob Michael Bass | dsilver@mccarter.com |
| MCDERMOTT WILL & EMERY | ajoyce@mccarter.com |
| One Vanderbilt Avenue | |
| New York, NY 10017-3852 | |
| (202) 637-5600 | *Attorneys for Plaintiffs* |
| simonroberts@mwe.com | |
| jleonard@mwe.com | |
| jguhaniyogi@mwe.com | |
| vli@mwe.com | |
| jbass@mwe.com | |