# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | Case No. 23-819-GBW-CJB |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs" or "Astellas") and Defendants Lupin Ltd., and Lupin Pharmaceuticals, Inc. ("Lupin) and Zydus Pharmaceuticals (USA), Inc. and Zydus Lifesciences Limited ("Zydus"), (all Defendants collectively, "Defendants", "Defendants" together with Plaintiffs, "the Parties") are engaged in preliminary injunction proceedings as ordered by the Court (D.I. 94);

WHEREAS, Plaintiffs and Defendants have agreed, subject to this Court's approval, to extend certain deadlines in this Action in light of the preliminary injunction proceedings.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their undersigned counsel, and subject to the approval of the Court, that:

The following deadlines in the November 8, 2023 Amended Scheduling Order (D.I. 50) are hereby modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs serve Opening Claim Construction Brief | February 22, 2024 | April 18, 2024 |
| Defendants serve Answering Claim Construction Brief | March 21, 2024 | May 16, 2024 |
| Substantial Completion of Supplemental Document Production | April 11, 2024 | June 6, 2024 |
| Plaintiffs serve Reply Claim Construction Brief | April 18, 2024 | June 13, 2024 |
| Defendants serve Sur-reply Claim Construction Brief | May 9, 2024 | July 5, 2024 |
| Parties file Joint Claim Construction Brief | May 16, 2024 | July 11, 2024 |
| *Markman* hearing | May 29, 2024 at 11 a.m. | August 21, 2024 at 11 a.m. |
| Joinder of Parties and Amendment of Pleadings | May 30, 2024 | July 25, 2024 |
| Supplementation | June 14, 2024 | August 8, 2024 |
| Close of Fact discovery | June 28, 2024 | August 22, 2024 |
| Opening expert reports on issues for which the party bears the burden of proof | August 8, 2024 | October 2, 2024 |
| Supplemental Disclosure to Contradict Evidence (Rebuttal Reports) | September 12, 2024 | November 6, 2024 |
| Reply Expert Reports | October 10, 2024 | December 4, 2024 |
| Close of expert discovery | November 22, 2024 | January 15, 2025 |
| *Daubert* Motions | December 5, 2024 | January 29, 2025 |
| *Daubert* Oppositions | December 19, 2024 | February 12, 2025 |
| *Daubert* Replies | December 30, 2024 | February 26, 2025 |
| Draft Pretrial Order circulated | January 16, 2025 [Parties to provide draft Pretrial Order on issues on which they bear burden of proof] | March 12, 2025 |
| *Daubert* Hearing | January __, 2025 | March __, 2025 |
| Responses to draft Pretrial Order | January 30, 2025 [Parties to provide responses to draft Pretrial | March 26, 2025 |

2

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
|  | Order (on issues on which they do not bear the burden of proof)] |  |
| Pretrial Order | February 13, 2025 | April 30, 2025 |
| Pretrial Conference | September 4, 2025 | September 4, 2025 at 3:00 pm |
| Trial | September 8-12, 2025 | September 8-12, 2025 |

Dated:  February 21, 2024

MCCARTHER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Of Counsel:*

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
Jacob Michael Bass
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(202) 637-5600
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com
jbass@mwe.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St., Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of Counsel:*

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

        YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
*Of Counsel:*

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

IT IS SO ORDERED this 22nd day of February, 2024.

        *Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

4