IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | C.A. No. 23-819-GBW-CJB |

**UNOPPOSED MOTION FOR EXEMPTION FROM THE STANDING
<u>ORDER REGARDING PERSONAL ELECTRONIC DEVICES</u>**

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. ("Astellas" or "Plaintiffs") respectfully request an exemption at the March 19, 2024 Preliminary Injunction Hearing (the "Hearing") and courtroom setup from the Court's Standing Order effective May 15, 2023, titled In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States so that the following attorneys, witnesses, and litigation support personnel may bring their personal electronic devices.

- Mr. Simon Roberts, Mr. Jason Leonard, Ms. Jayita Guhaniyogi, Mr. Vincent Li, Mr. Jacob Bass (collectively, "Lead Counsel");

- Mr. Brian Anderson and Ms. Chika Seidel (collectively, "In House Counsel");

- Dr. Steven Little and Dr. David Taft (collectively, "Plaintiffs' Expert Witnesses");

- Ms. Allison Rolenaitis ("Paralegal"); and

- Mr. Rich Merisier ("Hot Seat Operator").

1

Lead Counsel for Astellas, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. In House Counsel, Plaintiffs' Expert Witnesses, Plaintiffs' Paralegal, and Plaintiffs' Hot Seat Operator do not meet any of the exemptions under Paragraph 4 of the Standing Order. All require access to their personal electronic devices during the preliminary injunction hearing scheduled for March 19, 2024 and/or during the courtroom setup on March 18, 2024 (or at such other time as may be convenient to the Court), and respectfully request that the Court enter the form of order attached to this Motion.

| | |
|---|---|
| Dated: March 13, 2024 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Simon D. Roberts | Alexandra M. Joyce (#6423) |
| Jason A. Leonard | Renaissance Centre |
| Jayita Guhaniyogi | 405 N. King Street, 8th Floor |
| Vincent Li | Wilmington, Delaware 19801 |
| Jacob Michael Bass | (302) 984-6300 |
| MCDERMOTT WILL & EMERY LLP | dsilver@mccarter.com |
| One Vanderbilt Avenue | ajoyce@mccarter.com |
| New York, NY 10017-3852 | |
| (202) 637-5600 | *Attorneys for Plaintiffs Astellas Pharma Inc.,* |
| simonroberts@mwe.com | *Astellas Ireland Co., Ltd., and Astellas Pharma* |
| jleonard@mwe.com | *Global Development, Inc.* |
| jguhaniyogi@mwe.com | |
| vli@mwe.com | |
| jbass@mwe.com | |