

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 18, 2024

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Astellas Pharma Inc. v. Lupin Ltd.*, C.A. No. 23-819-GBW-CJB

Dear Judge Burke,

I write on behalf of Astellas in advance of the March 19, 2024 hearing on Astellas' Motion for a Preliminary Injunction. The following case was cited on page 8 of Astellas' Reply Brief in support of Plaintiffs' Motion for a Preliminary Injunction (D.I. 141): *Ball Metal Beverage Container Corp. v. Crown Packaging Tech., Inc*., 838 F. App'x 538, 542 (Fed. Cir. 2020). In reviewing the materials for the preliminary injunction hearing, we found that the case below is more supportive for that proposition:

1. *Liberty Ammunition, Inc. v. United States*, 835 F.3d 1388, 1396-97 (Fed. Cir. 2016)

We apologize for this oversight. Astellas intends to discuss and/or rely on the *Liberty* case during the hearing in addition to the cases cited in Astellas' briefing.

A copy of this case is enclosed for the Court's convenience. Counsel for Astellas will be prepared to address any questions at the hearing tomorrow or at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via CM/ECF and electronic mail)

ME1 47921856v.1