IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | C.A. No. 23-819-JFB-CJB<br><br>■■■■■■■■■■■■■<br>**REDACTED VERSION** |

**DEFENDANTS' NOTICE OF LODGING**

PLEASE TAKE NOTICE that Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, "Defendants") hereby lodge with the Court the following documents, presented to the Court during the Preliminary Injunction Hearing on March 19, 2024:

1. Demonstrative slides for Defendants' Opening Statement, attached hereto as Exhibit A;

2. Demonstrative slides for Direct Examination of Dr. Radojka Savic, attached hereto as Exhibit B; and

3. Demonstrative slides for Direct Examination of Dr. Walter Chambliss, attached hereto as Exhibit C.

Date: March 20, 2024

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| */s/ Jennifer P. Siew* | */s/ Megan C. Haney* |
| Pilar G. Kraman (No. 5199)<br>Alexis N. Stombaugh (No. 6702)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br>jsiew@ycst.com | John C. Phillips, Jr. (No. 110)<br>Megan C. Haney (No. 5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Telephone: (302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com |
| *Of Counsel* | *Of Counsel* |
| Michael J. Gaertner<br>David B. Abramowitz<br>Carolyn A. Blessing<br>Emily L. Savas<br>Jonathan B. Turpin<br>Leah M. Brackensick<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700 | William R. Zimmerman<br>Andrea L. Cheek<br>Matthew S. Friedrichs<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Ave. N.W., Ste. 900<br>Washington D.C. 20006<br>Tel: (202) 640-6400<br>Bill.Zimmerman@knobbe.com<br>Andrea.Cheek@knobbe.com<br>Matthew.Friedrichs@knobbe.com |
| *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* | Carol Pitzel Cruz<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104<br>Tel: (206) 405-2000<br>Carol.PitzelCruz@knobbe.com |
| | *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
Jason M. Bass
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
jbass@mwe.com

*Attorneys for Plaintiffs*

Dated: March 20, 2024

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*