

WILMINGTON
RODNEY SQUARE
NEW YORK
ROCKEFELLER CENTER
CHARLOTTE
CARILLON TOWER

**Pilar G. Kraman**
P 302.576.3586
pkraman@ycst.com

March 28, 2024

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Astellas Pharma Inc., et al. v. Lupin Ltd., et al.*
     C.A. No. 23-819-JFB-CJB

Dear Judge Burke:

  Defendants write to renew their objection to Plaintiffs' lodging of, and citation to, deposition transcripts filed on the docket at D.I. 151 and 152 after the Court's Oral Order restricting reliance on deposition testimony to that which "has already been submitted to the Court as part of the record on the ECF docket." D.I. 150. At the hearing, Defendants placed a standing objection to the use of any portions of those transcripts that were not previously in the record. Tr. 8:19–9:1. Defendants now renew their objection, including to Astellas's reliance on portions of those transcripts in their supplemental brief (D.I. 188). For the Court's convenience, the citations to the deposition transcripts included in D.I. 188 are set forth below, along with where they can be found in the record prior to the Court's Oral Order or whether Defendants object:

| Deposition Testimony | Page of D.I. 188 | Record Citation or Objection |
|---|---|---|
| Kaspar Tr. 151:20–152:1 | 2 | Objection |
| Savic Tr. 266:8–17 | 2, 3 | Ex. 154 |
| Kaspar Tr. 174:7–17 | 3 | Objection |
| Kaspar Tr. 42:9–43:1 | 3 n.2 | Objection |
| Chambliss Tr. 183:17–184:8 | 3 n.2 | Objection |
| Chambliss Tr. 230:9–20 | 4 | Objection |
| Chambliss Tr. 227:15–228:19 | 4 | Ex. 155 |
| Kaspar Tr. 32:13–20 | 5 | Objection |
| Kaspar Tr. 96:4–9 | 5 | Ex. 157 |
| Chambliss Tr. 280:9–22 | 7 | Ex. 155 |

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600     F  302.571.1253     YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. BurkeMarch 28, 2024
Page 2

      Counsel are available at the Court's convenience for any questions.

                        Respectfully submitted,

                        Pilar G. Kraman (No. 5199)

cc:    Clerk of the Court (by hand delivery)
        All Counsel of Record (by CM/ECF)