

**WILMINGTON**
**RODNEY SQUARE**

**NEW YORK**
**ROCKEFELLER CENTER**

**CHARLOTTE**
**CARILLON TOWER**

**Alexis N. Stombaugh**
P 302.571.6622
astombaugh@ycst.com

April 22, 2024

**VIA CM/ECF**

The Honorable Joseph F. Bataillon
U.S. District Court
 For the District of Nebraska
111 South 18th Plaza, Suite 3259
Omaha, NE 68102

The Honorable Christopher J. Burke
U.S. District Court
 For the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

**Re: *Astellas Pharma Inc. v. Lupin Ltd.*, C.A. No. 23-819-JFB-CJB**

Dear Judge Bataillon and Judge Burke,

I write on behalf of Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited, Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") regarding Plaintiffs' Emergency Motion for a Temporary Restraining Order (D.I. 203). Defendants will be filing their answering brief in opposition to Plaintiffs' motion today.

Defendants can be available for a conference with the Court at the Court's convenience.

Respectfully submitted,

Alexis N. Stombaugh (No. 6702)

Cc: Counsel of Record (via CM/ECF and e-mail)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com