

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

April 19, 2024

**VIA CM/ECF**

PUBLIC VERSION FILED: April 26, 2024

The Honorable Christopher J. Burke
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

The Honorable Joseph F. Bataillon
U.S. District Court, District of Nebraska
111 South 18th Plaza, Suite 3259
Omaha, NE 68102

Re:   *Astellas Pharma Inc. v. Lupin Ltd.*, C.A. No. 23-819-JFB-CJB

Dear Judge Burke and Judge Bataillon,

    I write on behalf of Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") to provide notice that Astellas is preparing to file a Motion for a Temporary Restraining Order ("TRO") following the Court's issuance of a Report and Recommendation recommending denial of Astellas' motion for preliminary injunction. Astellas has tried its best to avoid the need for a TRO, but Defendants have consistently refused to commit to allowing Astellas time to file objections with the district court and to seek necessary relief from the Federal Circuit. Moreover, because Defendants refuse to commit to refrain from launching even while they prepare their opposition to the TRO, the Court may immediately act on Plaintiffs TRO request. *See* Declaration of Daniel M. Silver, submitted herewith.

    While Astellas does not wish to burden the Court with additional motion practice, Astellas respectfully requests entry of a temporary restraining order to preserve the *status quo*.

    Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 48170169v.1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on April 19, 2024 on the following counsel in the manner indicated below.

### **VIA EMAIL:**

Pilar G. Kraman
Alexis N. Stombaugh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

ME1 48168015v.1

**VIA EMAIL:**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

                                          */s/ Daniel M. Silver*
                                          Daniel M. Silver (#4758)