IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB <br><br>  <br><br> PUBLIC VERSION FILED: April 26, 2024 |

**DECLARATION OF DANIEL M. SILVER, ESQ. IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Daniel M. Silver, hereby declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP representing Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") in the above-captioned matter.

2. If called as a witness, I could competently testify to the following based upon my own personal knowledge.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a April 15, 2024 and April 17, 2024 email correspondence between the parties concerning Astellas's motion for a temporary restraining order.

4. On April 15, 2024, Astellas informed Defendants that it planned to file a motion for a temporary restraining order if the Court recommended denying Astellas' pending motion for preliminary injunction, unless Defendants agreed not to launch their proposed generic mirabegron products until there was a final decision from the District Court (Ex. 1).

5. The parties met and conferred verbally by teleconference on April 16, 2024 at 12:00 p.m. ET regarding Astellas's motion, during which, both lead and Delaware counsel for each of Astellas, Lupin, and Zydus were present.

6. During the parties' meet and confer, Defendants (i) would not agree to refrain from launching, and (ii) refused to provide any commitment at all.

7. On April 17, 2024, in furtherance of the parties' meet and confer, I sent an email to counsel for Lupin and Zydus requesting each defendant's final position on whether it would refrain from launching its proposed generic mirabegron product if Judge Burke issued a Report & Recommendation to the District Court recommending entry of a preliminary injunction (*see* Ex. 1). Defendants declined to respond with their position, indicating that they "view[] Astellas's inquiry as improperly seeking launch plans, which we do not believe is appropriate or discoverable" (*Id.*).

8. Defendants have similarly declined to agree to refrain from launching pending resolution of (or even opposition to) Astellas' Motion for a Temporary Restraining Order.

9. In light of the Court's Report and Recommendation and Defendants' refusal to agree to refrain from launching their proposed generic mirabegron products, Astellas must seek a temporary restraining order to preserve the *status quo*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2024.

                                                                            */s/ Daniel M. Silver*
                                                                            Daniel M. Silver (#4758)

# EXHIBIT 1

## Joyce, Alexandra

| | |
|---|---|
| **From:** | Silver, Daniel |
| **Sent:** | Wednesday, April 17, 2024 2:22 PM |
| **To:** | 'Abramowitz, David'; 'Roberts, Simon'; pkraman@ycst.com; Rolenaitis, Allison; Stombaugh, Alexis N.; Gaertner, Michael; Blessing, Carolyn A.; Savas, Emily; Turpin, Jonathan B.; Brackensick, Leah; Zydus_Mirabegron |
| **Cc:** | Astellas_MyrbetriqMWETeam; Joyce, Alexandra; Ford, Katie |
| **Subject:** | RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO |

Bill and David, Thank you both for your responses. If anything changes between now and Judge Burke's decision, please let us know. Otherwise, we will plan to file for a TRO if necessary.

Thanks and best regards,
Dan

---

**From:** Abramowitz, David <DAbramowitz@lockelord.com>
**Sent:** Wednesday, April 17, 2024 2:18 PM
**To:** Silver, Daniel <DSilver@McCarter.com>; 'Roberts, Simon' <simonroberts@mwe.com>; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; Gaertner, Michael <MGaertner@lockelord.com>; Blessing, Carolyn A. <cblessing@lockelord.com>; Savas, Emily <esavas@lockelord.com>; Turpin, Jonathan B. <Jonathan.Turpin@lockelord.com>; Brackensick, Leah <Leah.Brackensick@lockelord.com>; Zydus_Mirabegron <Zydus_Mirabegron@lockelord.com>
**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; Joyce, Alexandra <ajoyce@mccarter.com>; Ford, Katie <kford@mccarter.com>
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

**\*\*External Message\*\***

Dan:

Zydus also views Astellas's inquiry as improperly seeking launch plans, which we do not believe is appropriate or discoverable. Moreover, we will need to review and evaluate Judge Burke's opinion before we can provide any specific response to your inquiry. Therefore, we are unable to respond to your inquiry at this time.

Regards,
David

David B. Abramowitz
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois  60606
312-443-0591 Direct
773-314-7102 Mobile
312-896-6591 Fax
dabramowitz@lockelord.com
www.lockelord.com

1

**From:** Bill Zimmerman <Bill.Zimmerman@knobbe.com>
**Sent:** Wednesday, April 17, 2024 1:06 PM
**To:** Silver, Daniel <DSilver@McCarter.com>; 'Roberts, Simon' <simonroberts@mwe.com>; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea Cheek <Andrea.Cheek@knobbe.com>; Matthew Friedrichs <Matthew.Friedrichs@knobbe.com>; Carol Pitzel Cruz <Carol.Pitzel.Cruz@knobbe.com>; KMOB-Mira <KMOB-Mira@knobbe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; Gaertner, Michael <MGaertner@lockelord.com>; Abramowitz, David <DAbramowitz@lockelord.com>; Blessing, Carolyn A. <cblessing@lockelord.com>; Savas, Emily <esavas@lockelord.com>; Turpin, Jonathan B. <Jonathan.Turpin@lockelord.com>; Brackensick, Leah <Leah.Brackensick@lockelord.com>; Zydus_Mirabegron <Zydus_Mirabegron@lockelord.com>
**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; Joyce, Alexandra <ajoyce@mccarter.com>; Ford, Katie <kford@mccarter.com>
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

**\*\* External Email -- Sender:** bill.zimmerman@knobbe.com **\*\***

Dear Dan:

Thank you for your email.  Lupin views Astellas's inquiry as improperly seeking launch plans, which we do not believe is appropriate or discoverable.  Moreover, we would need to see and evaluate Judge Burke's opinion before we can respond to your inquiry.  Therefore, we cannot respond to your inquiry at this time.

Sincerely,
Bill

**William Zimmerman**
Partner
William.Zimmerman@knobbe.com

202-640-6404  Direct

**Knobbe Martens**
1717 Pennsylvania Ave. N.W., Ste. 900,
Washington, D.C. 20006
www.knobbe.com/william-zimmerman

---

**From:** Silver, Daniel <DSilver@McCarter.com>
**Sent:** Wednesday, April 17, 2024 12:06 PM
**To:** 'Roberts, Simon' <simonroberts@mwe.com>; Bill Zimmerman <Bill.Zimmerman@knobbe.com>; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea Cheek <Andrea.Cheek@knobbe.com>; Matthew Friedrichs <Matthew.Friedrichs@knobbe.com>; Carol Pitzel Cruz <Carol.Pitzel.Cruz@knobbe.com>; KMOB-Mira <KMOB-Mira@knobbe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; mgaertner@lockelord.com; dabramowitz@lockelord.com; cblessing@lockelord.com; esavas@lockelord.com; jonathan.turpin@lockelord.com; leah.brackensick@lockelord.com; Zydus_Mirabegron@lockelord.com
**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; Joyce, Alexandra <ajoyce@mccarter.com>; Ford, Katie <kford@mccarter.com>
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

Dear All, Thank you for your time yesterday.  Please let us know Lupin's and Zydus's position on the outstanding issue discussed on yesterdays call.  I.e., whether Lupin and Zydus will refrain from launching their products if Judge Burke

2

issues a Report & Recommendation to the District Court recommending entry of a preliminary injunction.  To the extent Lupin or Zydus wish to discuss this issue separately from one another, we are available to do so.

Thank you and best regards,
Dan

-----Original Appointment-----
**From:** Silver, Daniel
**Sent:** Monday, April 15, 2024 5:42 PM
**To:** Silver, Daniel; Roberts, Simon; bill.zimmerman; pkraman@ycst.com; Rolenaitis, Allison; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea.Cheek@knobbe.com; Matthew Friedrichs; Carol Pitzel Cruz; KMOB-Mira; Stombaugh, Alexis N.; mgaertner@lockelord.com; dabramowitz@lockelord.com; cblessing@lockelord.com; esavas@lockelord.com; jonathan.turpin@lockelord.com; leah.brackensick@lockelord.com; Zydus_Mirabegron@lockelord.com
**Cc:** Astellas_MyrbetriqMWETeam; Joyce, Alexandra; Ford, Katie
**Subject:** Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO
**When:** Tuesday, April 16, 2024 12:00 PM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 18885511322,,940074315#


One touch:  18885511322,,940074315#


_____
**From:** Roberts, Simon <simonroberts@mwe.com>
**Sent:** Monday, April 15, 2024 5:40 PM
**To:** bill.zimmerman <bill.zimmerman@knobbe.com>; Silver, Daniel <DSilver@McCarter.com>; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea.Cheek@knobbe.com; Matthew Friedrichs <Matthew.Friedrichs@knobbe.com>; Carol Pitzel Cruz <Carol.Pitzel.Cruz@knobbe.com>; KMOB-Mira <KMOB-Mira@knobbe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; mgaertner@lockelord.com; dabramowitz@lockelord.com; cblessing@lockelord.com; esavas@lockelord.com; jonathan.turpin@lockelord.com; leah.brackensick@lockelord.com; Zydus_Mirabegron@lockelord.com
**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; Joyce, Alexandra <ajoyce@mccarter.com>; Ford, Katie <kford@mccarter.com>
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

**\*\*External Message\*\***

Dear Bill,

Thanks.  We'll circulate a dial-in for noon tomorrow ET.

Simon

**From:** Bill Zimmerman <Bill.Zimmerman@knobbe.com>
**Sent:** Monday, April 15, 2024 5:35 PM
**To:** Roberts, Simon <simonroberts@mwe.com>; dsilver@mccarter.com; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea.Cheek@knobbe.com; Matthew Friedrichs <Matthew.Friedrichs@knobbe.com>; Carol Pitzel Cruz <Carol.Pitzel.Cruz@knobbe.com>; KMOB-Mira <KMOB-Mira@knobbe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; mgaertner@lockelord.com; dabramowitz@lockelord.com; cblessing@lockelord.com; esavas@lockelord.com; jonathan.turpin@lockelord.com; leah.brackensick@lockelord.com; Zydus_Mirabegron@lockelord.com

**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; ajoyce@mccarter.com; kford@mccarter.com
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

**[ External Email ]**

Dear Simon:

Defendants can be available to meet and confer tomorrow at noon ET.

Sincerely,
Bill

**William Zimmerman**
Partner
William.Zimmerman@knobbe.com

202-640-6404  Direct

**Knobbe Martens**

1717 Pennsylvania Ave. N.W., Ste. 900,
Washington, D.C. 20006
www.knobbe.com/william-zimmerman

---

**From:** Roberts, Simon <simonroberts@mwe.com>
**Sent:** Monday, April 15, 2024 2:46 PM
**To:** Bill Zimmerman <Bill.Zimmerman@knobbe.com>; dsilver@mccarter.com; pkraman@ycst.com; Rolenaitis, Allison <Arolenaitis@mwe.com>; jcp@pmhdelaw.com; mch@pmhdelaw.com; Andrea Cheek <Andrea.Cheek@knobbe.com>; Matthew Friedrichs <Matthew.Friedrichs@knobbe.com>; Carol Pitzel Cruz <Carol.Pitzel.Cruz@knobbe.com>; KMOB-Mira <KMOB-Mira@knobbe.com>; Stombaugh, Alexis N. <AStombaugh@ycst.com>; mgaertner@lockelord.com; dabramowitz@lockelord.com; cblessing@lockelord.com; esavas@lockelord.com; jonathan.turpin@lockelord.com; leah.brackensick@lockelord.com; Zydus_Mirabegron@lockelord.com
**Cc:** Astellas_MyrbetriqMWETeam <Astellas_MyrbetriqMWETeam@mwe.com>; ajoyce@mccarter.com; kford@mccarter.com
**Subject:** RE: Astellas v. Lupin (23-cv-00819) | Myrbetriq TRO

Dear Counsel,

Astellas plans to file a TRO, to the extent necessary, following Judge Burke's decision on the preliminary injunction, absent Defendants agreement not to launch.  Please provide your availability to meet and confer tomorrow.

Best regards,
Simon

SIMON D. ROBERTS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5868      **Email** simonroberts@mwe.com

Website | vCard | Twitter | LinkedIn


*************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on April 19, 2024 on the following counsel in the manner indicated below.

### VIA EMAIL:

Pilar G. Kraman
Alexis N. Stombaugh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

**VIA EMAIL:**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

                                         */s/ Daniel M. Silver*
                                         Daniel M. Silver (#4758)