IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | C.A. No. 23-819-JFB-CJB<br><br><br><br>PUBLIC VERSION FILED: April 26, 2024 |

**<u>PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER</u>**

Pursuant to Fed. R. Civ. Pro. 65, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") respectfully move for a temporary restraining order or injunction enjoining each of defendants Lupin Ltd., Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited, their respective affiliates, subsidiaries, and each of their respective officers, agents, servants and employees and those acting in privity or in concert with each defendant, from using, offering to sell, or selling in the United States their mirabegron ANDA products (ANDA Nos. 209485 and 209488 for Lupin and Zydus, respectively) pending a resolution of:

1. Astellas' objections raised pursuant to Federal Rule of Civil Procedure 72 to the Magistrate Judge's Opinion and Order on Astellas' Motion for a Preliminary Injunction ("PI Opinion and Order"); and

2. In the event that Astellas's preliminary injunction motion is denied, a period of 14 days to allow Astellas to seek relief from the Court of Appeals for the Federal Circuit.

1

The grounds for Astellas' Motion are more fully-stated in the accompanying Opening Brief and supporting materials referenced therein.

Dated: April 19, 2024

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
Jacob Michael Bass
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(202) 637-5600
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com
jbass@mwe.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | C.A. No. 23-819-JFB-CJB |

### [PROPOSED] ORDER ENTERING TEMPORARY RESTRAINING ORDER

The Court having conducted a hearing on _____ on Plaintiffs' Motion for a Temporary Restraining Order, and having considered the arguments and supporting written submissions,

IT IS HEREBY ORDERED this _____ day of _____, 2024 that:

1. Astellas' Motion for Temporary Restraining Order is GRANTED.

2. Lupin Ltd., Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited, their respective affiliates, subsidiaries, and each of their respective officers, agents, servants and employees and those acting in privity or in concert with each defendant, are hereby temporarily enjoined from offering to sell or selling in the United States their mirabegron ANDA products (ANDA Nos. 209485 and 209488 for Lupin and Zydus, respectively).

3. This temporary restraining order shall remain in effect until the resolution of:

    a. Astellas' objections raised pursuant to Federal Rule of Civil Procedure 72 to the Magistrate Judge's Opinion and Order on Astellas' Motion for a Preliminary Injunction ("PI Opinion and Order"); and

    b. In the event that Astellas's preliminary injunction motion is denied, a period of 14 days to allow Astellas to seek relief from the Court of Appeals for the Federal Circuit.

4. The restraining order shall dissolve automatically in the event that Astellas fails to post an unsecured bond in the amount of $_____ within seven (7) days of this Order with the Clerk of Court.

**SO ORDERED** this _____ day of _____ , 2024

                                                                      United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB |

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred regarding Plaintiffs' motion for a temporary restraining order, verbally by teleconference, with Delaware counsel, and the parties were unable to reach an agreement on the relief sought therein.

Dated: April 19, 2024

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
Jacob M. Bass
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5700

Charlie Seidell
MCDERMOTT WILL & EMERY LLP

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

ME1 48131927v.1

The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8000
cseidell@mwe.com

Connor S. Romm
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000
cromm@mwe.com

ME1 48131927v.1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on April 19, 2024 on the following counsel in the manner indicated below.

### **VIA EMAIL:**

Pilar G. Kraman
Alexis N. Stombaugh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

**VIA EMAIL:**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

                                              */s/ Daniel M. Silver*
                                              Daniel M. Silver (#4758)