

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

April 30, 2024

**VIA CM/ECF**

The Honorable Christopher J. Burke
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Astellas Pharma Inc. v. Lupin Ltd.*, **C.A. No. 23-819-JFB-CJB**

Dear Judge Burke,

I write jointly on behalf of Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") in this matter. Astellas and Lupin have conferred and agreed upon a proposed order to facilitate the production of settlement and license agreements. The parties respectfully request that the Court enter the attached order, if it is acceptable to the Court.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 48331410v.1