IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB |

**ORDER REGARDING
PRODUCTION OF SETTLEMENT AND LICENSE AGREEMENTS**

IT IS HEREBY ORDERED this  30th  day of April, 2024 that Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") shall produce any license and/or settlement agreements related to United States Patent Nos. 6,346,532, 7,342,117, 7,982,049, 8,835,474, 10,842,780, and/or 11,707,451 ("Related Patents"), that Plaintiffs have entered into with any third-party to Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") consistent with the terms of this Order.

Such license and/or settlement agreements shall be produced on an "Outside Counsel's Eyes Only" basis, and counsel for Lupin may not share those license agreements, or the terms therein, with their clients or any other third party.[1]

---

[1] For the avoidance of doubt, outside counsel for Lupin shall *not* share any document produced pursuant to this Order with Persons described in Paragraph 11.B of the Protective Order entered in this case (D.I. 47).

-2-

No later than 3 business days after the entry of this Order, Plaintiffs shall provide a copy of the Protective Order entered in this case (D.I. 47) and this Order to any third party to any license or settlement agreement related to the Related Patents ordered to be produced.  No later than 1 business day after providing the Protective Order and this Order to any third party, Plaintiffs shall notify Lupin that such disclosure has occurred.

Each third party shall have two weeks from their receipt of a copy of the Protective Order and this Order to object to the production of the license or settlement agreement and seek a protective order from this Court.  Plaintiffs shall produce any license and/or settlement agreements within 1 business day of (1) the expiration of the two-week period provided for in this paragraph; (2) the consent of the third party; or (3) resolution of any protective order proceedings, whichever date is earlier with respect to each third party.

*Christopher J. Burke*
CHRISTOPHER J. BURKE
UNITED STATES MAGISTRATE JUDGE