IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>LUPIN LTD., *et al.*<br><br>        Defendants. | **CIVIL ACTION NO. 23-819-JFB-CJB**<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation, D.I. 200, recommending denial of Plaintiffs' motions for injunctive relief, D.I. 98; D.I. 203. D.I. 222. The Court previously entered an order adopting the Magistrate Judge's report and recommendations in full, concluding that "no further objections, briefing, or motions would aid in its decision." D.I. 210 at 2. While acknowledging the Court has already adopted the R&R to which it is objecting, Plaintiffs state they are nevertheless making their objections to ensure they are preserved for appeal purposes. Accordingly, for the same reasons previously stated in its Order Adopting the Magistrate Judge's Report and Recommendation, D.I. 210, Plaintiffs' objections are overruled.

IT IS ORDERED:

1. Plaintiffs' Objections, D.I. 222, are denied.

Dated this 6th day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge