# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 23-819-JFB-CJB |
| v. | ) ) ) |
| LUPIN LTD., et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' Objections and Responses to Lupin Limited and Lupin Pharmaceuticals, Inc.'s Second Set of Requests for Production (No. 2)** were caused to be served on June 5, 2024 on the following counsel in the manner indicated:

## VIA EMAIL:

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Carol.Pitzel.Cruz@knobbe.com

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Dated: June 5, 2024

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
Jacob Michael Bass
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com
jbass@mwe.com

MCCARTER & ENGLISH, LLP

/s/ *Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*