NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTELLAS PHARMA, INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,**
*Plaintiffs-Appellants*

v.

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LTD.,**
*Defendants-Appellees*

---

2024-1766

---

Appeal from the United States District Court for the District of Delaware in No. 1:23-cv-00819-JFB-CJB, Senior Judge Joseph F. Bataillon.

---

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2              ASTELLAS PHARMA, INC. v. LUPIN LTD.

(2) Each side shall bear their own costs.

FOR THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 5, 2024