

| | | |
|---|---|---|
| | **Daniel M. Silver**<br>Wilmington Office Managing Partner<br><br>T. 302-984-6331<br>F. 302-691-1260<br><br>dsilver@mccarter.com | McCarter & English, LLP<br><br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br><br>www.mccarter.com |

June 7, 2024

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *Astellas Pharma Inc. v. Lupin Ltd.*, **C.A. No. 23-819-JFB-CJB**

Dear Judge Burke,

    The Astellas Plaintiffs respectfully write to request the scheduling of a teleconference to resolve a discovery dispute that has arisen between Astellas and the Zydus Defendants. The Parties have not met and conferred despite repeated requests from Astellas because Zydus has refused to do so, stating "Zydus sees no need to meet and confer on any of the issues identified in Astellas's May 15 correspondence in a piecemeal fashion. Once Astellas has received Zydus's written discovery responses, we can then meet-and-confer on any real, substantive issues."

    The disputes requiring judicial attention are listed below:

- Zydus's designation of its commercially (publicly) available ANDA Product samples as Confidential under the Protective Order.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 48702349v.1