

          **Daniel M. Silver**          McCarter & English, LLP
          Wilmington Office Managing Partner

          T. 302-984-6331          Renaissance Centre
          F. 302-691-1260          405 N. King Street, 8th Floor
                                              Wilmington, DE 19801-3717
          dsilver@mccarter.com
                                              www.mccarter.com

June 13, 2024

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    *Astellas Pharma Inc. v. Lupin Ltd.*, **C.A. No. 23-819-JFB-CJB**

Dear Judge Burke,

    Astellas and Zydus, parties in the above-referenced matter, write to request the scheduling of a teleconference to resolve discovery disputes that have arisen. Pursuant to the Court's June 7, 2024 oral order (D.I. 237), the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on June 11, 2024 to discuss the issue Astellas raised in its June 7, 2024 letter to the Court (D.I. 236).

**For Astellas:**

| | |
|---|---|
| Delaware counsel: | Daniel M. Silver, MCCARTER & ENGLISH, LLP |
| Lead counsel: | Simon Roberts and Jason Leonard, MCDERMOTT WILL & EMERY |

**For Zydus:**

| | |
|---|---|
| Delaware counsel: | Alexis Stombaugh, YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Lead counsel: | Jonathan Turpin and Leah Brackensick, LOCKE LORD LLP |

    The dispute requiring judicial attention that the parties were unable to resolve in the meet and confer is listed below:

- Astellas's request that Zydus's de-designate the samples of its ANDA Product that were produced to Astellas under the protective order in this Action.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)