# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LUPIN LTD. et al.,<br><br>　　　　　　　　Defendants. | C.A. No. 23-819-JFB-CJB |

## NOTICE OF DEPOSITION OF KAZUHIRO SAKO

TO:　Plaintiffs' and their attorneys of record, Daniel M. Silver and Alexandra M. Joyce of McCarter & English LLP, 405 N. King St., 8th Floor, Wilmington, DE 19801.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Ltd., Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of Kazuhiro Sako on August 22, 2024, at Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, USA, beginning at 9:00 a.m. (ET), or at a time and place as mutually agreed upon by counsel.  The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means.  The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated: July 10, 2024

<table>
</table>

| /s/John C. Phillips, Jr. | /s/Alexis N. Stombaugh |
|---|---|
| John C. Phillips, Jr. (No. 110) | Pilar G. Kraman (No. 5199) |
| Megan C. Haney (No. 5016) | Alexis N. Stombaugh (No. 6702) |
| PHILLIPS, MCLAUGHLIN | Jennifer P. Siew (No. 7114) |
| & HALL, P.A. | YOUNG CONAWAY |
| 1200 N. Broom St | STARGATT & TAYLOR, LLP |
| Wilmington, DE 19806 | Rodney Square |
| (302) 655-4200 | 1000 North King Street |
| jcp@pgmhlaw.com | Wilmington, DE 19801 |
| mch@pgmhlaw.com | (302) 571-6600 |
|  | pkraman@ycst.com |
|  | astombaugh@ycst.com |
|  | jsiew@ycst.com |
| *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Simon D. Roberts<br>Jason A. Leonard<br>Vincent Li<br>Jayita Guhaniyogi<br>Jason M. Bass<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>simonroberts@mwe.com<br>jleonard@mwe.com<br>jguhaniyogi@mwe.com<br>jbass@mwe.com |
| *Attorneys for Plaintiffs* | |

Dated:  July 10, 2024

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*