# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB |

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred regarding Plaintiffs' Motion for Leave to File A Sur-Surreply Claim Construction Brief and Supporting Supplemental Declaration of David R. Taft, Ph.D., verbally by teleconference, with Delaware counsel, and the parties were unable to reach an agreement on the relief sought therein.

Dated: July 15, 2024

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
Jacob M. Bass
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5700

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

ME1 49081110v.1