# PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

July 29, 2024

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

RE:   *Astellas Pharma Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 23-819-JFB-CJB

Dear Judge Burke,

I write on behalf of defendants to request permission for defendants to file a motion to bifurcate liability issues from damages and willfulness issues for purposes of discovery and trial in the above matter. Counsel for Lupin contacted counsel for Plaintiffs via email on June 4, 2024, proposing that the parties agree to bifurcate liability issues from damages issues in this case for purposes of both discovery and trial in order to conserve both judicial and the parties' resources. See Ex. 1. Plaintiffs responded on June 17, 2024, informing Defendants that Plaintiffs would not agree to bifurcate any issues for purposes of discovery or trial. See Ex. 2. Plaintiffs have since refused to schedule a verbal meet and confer on defendants' proposed motion until the defendants agree to meet and confer on discovery issues that are not yet ripe. (Plaintiffs sent defendants an 8-page discovery deficiency letter on July 22, 2024. Defendants have agreed to provide a written response to that letter and to meet and confer thereafter.) Since it is clear that plaintiffs will oppose defendants' motion to bifurcate, defendants seek permission to file their motion.

Respectfully submitted,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)

cc:   All Counsel of Record (via CM/ECF & Email)