PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

August 6, 2024

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

   RE: *Astellas Pharma Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 23-819-JFB-CJB

Dear Judge Burke,

  Pursuant to the Court's Oral Orders (D.I. 282, 284), I write on behalf of the parties to inform the Court that the parties met and conferred on August 2, 2024 and were not able to resolve Defendants' bifurcation motion or Plaintiffs' discovery issues, which are listed below.

**Defendants' Bifurcation Motion**: Defendants' Position: The Court's Oral Orders (D.I. 282, 284) indicate that the Court intends to set a briefing schedule on Defendants' forthcoming motion to bifurcate. Defendants request permission to file their formal motion and will do so shortly after permission is granted.

Plaintiffs' Position: Plaintiffs believe Defendants are required to file a formal motion to bifurcate, and Plaintiffs will respond to such motion in accordance with the Local Rules.

**Plaintiffs' Discovery Issues with respect to Lupin and Zydus**: The parties were not able to reach agreement on the following issues. As a result, Astellas respectfully requests the scheduling of discovery dispute conference and letter briefing schedule, and respectfully requests guidance from the Court on the format and length of such letter briefing.

**Defendant Zydus**
- Astellas's Specific RFPs to Zydus Nos. 1-2 and 4-5 and Specific Rogs to Zydus Nos. 1, 2, 6, and 9-10
- Supplementation of Paragraph 3 and Rule 26(a)(1) Disclosures

**Defendant Lupin**
  RFPs to Lupin Nos. 1, 2 and 5; Rogs to Lupin Nos. 2 and 9

                                                         Respectfully submitted,

                                                         */s/ John C. Phillips, Jr.*

                                                         John C. Phillips, Jr. (#110)

cc:       All Counsel of Record (via CM/ECF & Email)