**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 23-819-JFB-CJB |

## <u>NOTICE OF DEPOSITION OF ANNE SHERMON BELL</u>

TO:    Plaintiffs and their attorneys of record, Simon D. Roberts and Jason A. Leonard of McDermott Will & Emery LLP, One Vanderbilt Ave., New York, NY 10017.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Ltd., Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of Anne Shermon Bell on September 20, 2024 beginning at 9:00 a.m. EST, at Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, USA, or at a time and place as mutually agreed upon by counsel.  The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means.  The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated:  September 5, 2024

| | |
|---|---|
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John C. Phillips, Jr. | /s/ Alexis N. Stombaugh |
| John C. Phillips, Jr. (No. 110) | Pilar G. Kraman (No. 5199) |
| Megan C. Haney (No. 5016) | Alexis N. Stombaugh (No. 6702) |
| 1200 N. Broom St | Jennifer P. Siew (No. 7114) |
| Wilmington, DE 19806 | Rodney Square |
| (302) 655-4200 | 1000 North King Street |
| jcp@pgmhlaw.com | Wilmington, DE 19801 |
| mch@pgmhlaw.com | (302) 571-6600 |
| | pkraman@ycst.com |
| *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | astombaugh@ycst.com |
| . | jsiew@ycst.com |
| | *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2024, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com

Samoneh Schickel
MCDERMOTT WILL & EMERY LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
sschickel@mwe.com

*Attorneys for Plaintiffs*

Dated:   September 5, 2024

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA)
Inc. and Zydus Lifesciences Limited*