IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 23-819-JFB-CJB ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITION OF JOHN DEMAY

TO:   Plaintiffs and their attorneys of record, Simon D. Roberts and Jason A. Leonard of McDermott Will & Emery LLP, One Vanderbilt Ave., New York, NY 10017.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Ltd., Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of John DeMay on September 20, 2024 beginning at 9:00 a.m. EST, at Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, USA, or at a time and place as mutually agreed upon by counsel. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated: September 5, 2024

| | |
|---|---|
| PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (No. 110)<br>Megan C. Haney (No. 5016)<br>1200 N. Broom St<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Alexis N. Stombaugh*<br>Pilar G. Kraman (No. 5199)<br>Alexis N. Stombaugh (No. 6702)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Simon D. Roberts<br>Jason A. Leonard<br>Vincent Li<br>Jayita Guhaniyogi<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>simonroberts@mwe.com<br>jleonard@mwe.com<br>jguhaniyogi@mwe.com |
| | Samoneh Schickel<br>MCDERMOTT WILL & EMERY LLP<br>300 Colorado Street, Suite 2200<br>Austin, TX 78701<br>sschickel@mwe.com |
| *Attorneys for Plaintiffs* | |

Dated: September 5, 2024

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*