**PHILLIPS, McLAUGHLIN & HALL, P.A.**

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

September 11, 2024

**VIA CM/ECF & FEDERAL EXPRESS**
The Honorable Joseph F. Bataillon
United States District Court
111 South 18th Plaza, Suite 3259
Omaha, NE 68102

Re: *Astellas Pharma Inc., et al. v. Lupin Ltd., et al.,* C.A. No. 23-819-JFB-CJB

Dear Judge Bataillon:

Pursuant to Paragraph 1 of the Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin") hereby provides courtesy copies of the following Docket Items associated with its Objections to the Oral Order regarding Lupin's Motion to Bifurcate (D.I. 311):

| D.I. Number | Date | Description |
| --- | --- | --- |
| 296 | 8/13/2024 | Defendants' Motion to Bifurcate |
| 297 | 8/13/2024 | Defendants' Opening Letter Brief in Support of Motion to Bifurcate |
| 300 | 8/19/2024 | Plaintiffs' Answering Letter Brief in Opposition to Motion to Bifurcate with Exhibits A-I |
| 305 | 8/21/2024 | Defendants' Reply Letter in Support of Motion to Bifurcate |
| 308 | 8/23/2024 | Plaintiffs' Letter Request for Oral Argument or, alternatively, for Leave to |

|  |  | File a Surreply with Exhibits 1, J and K. |
|---|---|---|
| 309 | 8/23/2024 | Oral Order denying Plaintiffs' Requests in D.I. 308 |
| 311 | 8/26/2024 | Oral Order denying Defendants' Motion to Bifurcate |

Respectfully submitted,

*/s/ Megan C. Haney*

Megan C. Haney (No. 5016)

cc: All Counsel of Record (via CM/ECF and email)