IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF DEPOSITION OF M.E. KANNAN**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") will take a deposition upon oral examination of M.E. Kannan. The deposition will be taken at the offices of McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, on Tuesday October 8, 2024, at 9:00 AM Eastern Time, and continuing day-to-day until completed, with adjournments as may be necessary. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by videoconference or by another means the parties agree upon. This Notice is being issued by Astellas without the benefit of full discovery from Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"). As Astellas' investigation remains ongoing and subject to additional discovery from Defendants, Astellas reserves the right to

withdraw this Notice, substitute another notice of deposition for this Notice, or serve additional notices of deposition on Zydus.

You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: September 17, 2024 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| Simon D. Roberts<br>Jason A. Leonard<br>Jayita Guhaniyogi<br>Vincent Li<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5400<br>simonroberts@mwe.com<br>jleonard@mwe.com<br>jguhaniyogi@mwe.com<br>vli@mwe.com | Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |
| Samoneh Schickel<br>MCDERMOTT WILL & EMERY<br>300 Colorado Street, Suite 2200<br>Austin, TX 78701<br>(512) 726-2600<br>sschickel@mwe.com | |
| James F. Hurst, P.C.<br>Bryan S. Hales<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000<br>james.hurst@kirkland.com<br>bryan.hales@kirkland.com | |

Jeanna M. Wacker
Ashley Ross
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jeanna.wacker@kirkland.com
ashley.ross@kirkland.com

Ashley Cade
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
ashley.cade@kirkland.com