

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Alexis N. Stombaugh**
P 302.571.6622
astombaugh@ycst.com

September 25, 2024

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court
 For The District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Astellas Pharma Inc. v. Lupin Ltd., et al.*, C.A. No. 23-819-JFB-CJB

Dear Judge Burke,

I write jointly on behalf of Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (collectively, "Zydus") and Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") in this matter. Zydus and Astellas have conferred and agreed upon a proposed order to facilitate the production of settlement and license agreements. The parties respectfully request that the Court enter the attached order, if it is acceptable to the Court.

Counsel are available should the Court have any questions.

Respectfully submitted,

*/s/ Alexis N. Stombaugh*

Alexis N. Stombaugh (No. 6702)

Cc: Counsel of Record (via CM/ECF and E-Mail)