# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | Case No. 23-819-JFB-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE

WHEREAS the parties have conferred and agreed upon certain modifications to the case schedule; and

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to the approval of the Court, that the following case deadlines will be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Supplemental Contentions | 10/18/2024 | 11/4/2024 |
| Close of Fact Discovery | 10/18/2024 | 12/20/2024 |
| Opening Expert Reports | 12/6/2024 | 2/7/2025 |
| Responsive Expert Reports | 1/10/2025 | 3/14/2025 |
| Reply Expert Reports | 2/7/2025 | 4/11/2025 |
| Close of Expert Discovery | 4/4/2025 | 5/12/2025 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Daubert Motions | 4/18/2025 | 5/19/2025 |
| Daubert Oppositions | 5/2/2025 | 6/9/2025 |
| Daubert Replies | 5/16/2025 | 6/23/2025 |
| Plaintiffs Circulate Draft Pretrial Order Pursuant to LR 16.3(d)(1) | 5/30/2025 | 7/14/2025 |
| Daubert Hearing | | At Court's Convenience |
| Defendants' Responses to Draft Pretrial Order Pursuant to LR 16.3(d)(2) | 6/13/2025 | 8/7/2025 |
| Pretrial Order | 7/18/2025 | 8/28/2025 |
| Pretrial Conference | 9/4/2025 | 9/4/2025 (No change) |
| Trial | 9/8-12/2025 | 9/8-12/2025 (No change) |

This Stipulation is entered into by the parties without waiver of any right to seek further modifications to the case schedule.

Pursuant to D. Del. LR 16.4, counsel for the parties certify that a true and correct copy of this document has been sent to their respective clients and believe the extensions sought are warranted to complete fact discovery.

Dated: October 18, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Of Counsel:*

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(202) 637-5600
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com

Samoneh Schickel
MCDERMOTT WILL & EMERY
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600
sschickel@mwe.com

James F. Hurst, P.C.
Bryan S. Hales
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St., Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of Counsel:*

William R. Zimmerman
Andrea Cheek
Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Matthew.friedrichs@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001
Carol.Pitzel.Cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

| | |
|---|---|
| Jeanna M. Wacker<br>Ashley Ross<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>jeanna.wacker@kirkland.com<br>ashley.ross@kirkland.com<br><br>Diva Hollis<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 380-5000<br>diva.hollis@kirkland.com<br><br>*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Alexis N. Stombaugh*<br>Pilar G. Kraman (#5199)<br>Alexis N. Stombaugh (#6702)<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br><br>*Of Counsel:*<br><br>Michael J. Gaertner<br>David B. Abramowitz<br>Carolyn A. Blessing<br>Emily L. Savas<br>Jonathan B. Turpin<br>Leah M. Brackensick<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700<br>mgaertner@lockelord.com<br>dabramowitz@lockelord.com<br>cblessing@lockelord.com<br>esavas@lockelord.com<br>jonathan.turpin@lockelord.com<br>leah.brackensick@lockelord.com<br><br>*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

IT IS SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE