# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-819-JFB-CJB <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF DEPOSITION OF KEVIN GREEN

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure for the District of Delaware, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs"), by counsel, will take the oral deposition of Kevin Green. The deposition will take place on December 12, 2024 at 9:00 AM ET and continue day-to-day until completed, with adjournments as may be necessary. The deposition will be before a Notary Public or other person authorized by law to administer oaths and will be recorded using video, audio, stenographic means, or a combination of those means. You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: November 14, 2024 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| Simon D. Roberts<br>Jason A. Leonard<br>Jayita Guhaniyogi<br>Vincent Li<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5400<br>simonroberts@mwe.com<br>jleonard@mwe.com<br>jguhaniyogi@mwe.com<br>vli@mwe.com | Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |
| Samoneh Kadivar Schickel<br>MCDERMOTT WILL & EMERY<br>101 Congress Avenue, Suite 500<br>Austin, TX 78701<br>Tel: (512) 322-2587<br>sschickel@mwe.com | |
| James F. Hurst, P.C.<br>Bryan S. Hales<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000<br>james.hurst@kirkland.com<br>bryan.hales@kirkland.com | |
| Jeanna M. Wacker<br>Ashley Ross<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>jeanna.wacker@kirkland.com<br>ashley.ross@kirkland.com | |