## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. 23-819-JFB-CJB |

### AMENDED NOTICE OF DEPOSITION OF ANNE SHEMON BELL

TO:    Plaintiffs and their attorneys of record, Simon D. Roberts and Jason A. Leonard of McDermott Will & Emery LLP, One Vanderbilt Ave., New York, NY 10017.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Ltd., Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of Anne Shemon Bell on December 11, 2024, beginning at 9:00 a.m. CT, at Kirkland & Ellis LLP, 333 W. Wolf Point Plaza, Chicago, IL 60654, USA. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated: December 9, 2024

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL:**

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
dsilver@mccarter.com
ajoyce@mccarter.com

James F. Hurst, P.C.
Bryan S, Hales
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
james.hurst@kirkland.com
bryan.hales@kirkland.com

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com

Jeanna M. Wacker
Ashley Ross
Michael DelRossi
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
jeanna.wacker@kirkland.com
ashley.ross@kirkland.com
michael.delrossi@kirkland.com

Samoneh Schickel
MCDERMOTT WILL & EMERY LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
sschickel@mwe.com

Diva Hollis
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
diva.hollis@kirkland.com

*Attorneys for Plaintiffs*

Dated:  December 9, 2024

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)

Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA)*
*Inc. and Zydus Lifesciences Limited*